IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.                          Case No. 5:11cv43-MW/GRJ-3

GAELIN PIERRE SPRUILL,

       Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 231. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence by a person in Federal Custody, ECF No. 164, is **DENIED**. A Certificate of Appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on May 26, 2017.**

                                         s/Mark E. Walker          
                                         **United States District Judge**